**Opinion issued October 27, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00531-CV

———————————

## ELSA RODRIGUEZ, Appellant

## V.

## MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P., Appellee

On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2014-50657

## MEMORANDUM OPINION

Appellant, Elsa Rodriguez, has filed a motion to dismiss her appeal, stating that she has filed a notice of non-suit with prejudice in the underlying trial court proceeding. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of conference stating that appellee's counsel has been contacted and is unopposed to

this motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).  No other party has filed a notice of appeal and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.